# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr- 227 |
|---|---|
| Plaintiff, | ) ORDER FOR ISSUANCE OF |
| | ) WRIT OF HABEUS CORPUS |
| vs. | ) AD PROSEQUENDUM FOR |
| | ) DEARRL DIGGS |
| DEARRL DIGGS, | ) (ID#) 02823450 |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DEARRL DIGGS** before the United States District Court at Las Vegas, Nevada, on or about _Thursday, August 4, 2016, Courtroom 3B, PAL_____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 26, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- 227 |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR DEARRL DIGGS |
| vs. | (ID#) 02823450 |
| DEARRL DIGGS, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DEARRL DIGGS**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **DEARRL DIGGS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **DEARRL DIGGS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on __Thursday, August 4, 2016, Courtroom 3B, PAL_____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

1     That the presence of the said **DEARRL DIGGS** before the United States District Court
2 on or about ___Thursday, August 4, 2016, Courtroom 3B, PAL___, at the hour of 3:00 p.m., for arraignment and
3 from time to time and day to day thereafter until excused by the Court has been ordered by the
4 United States Magistrate or District Judge for the District of Nevada.

5     WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
6 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
7 Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
8 them to produce the said **DEARRL DIGGS** before the United States District Court on or about
9 ___Thursday, August 4, 2016, Courtroom 3B, PAL___, at the hour of 3:00 p.m., for arraignment and from time to
10 time and day to day thereafter, at such times and places as may be ordered and directed by the
11 Court entitled above, to appear before the Court, and when excused by the said Court, to be
12 returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

13     DATED this 26th day of July, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Alexandra Michael

ALEXANDRA MICHAEL
Assistant United States Attorney