UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DEARRL DIGGS,<br><br>        Defendant. | 2:16-cr-00227-GMN-VCF<br><br>**MINUTE ORDER** |

      Before the Court is Defendant Dearrl Digg's Motion to Suppress Evidence (ECF No. 17).

      IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 a.m., October 17, 2016, in Courtroom 3D.

      The U.S. Marshal is directed to transport defendant to and from the hearing.

      DATED this 12th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE