# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DEARRL DIGGS,<br><br>            Defendant. | 2:16-cr-00227-GMN-VCF<br>**<u>MINUTE ORDER</u>** |

Before the Court is Defendant's Motion to Suppress (ECF No. 17).  The Government filed its response on October 21, 2016 (ECF No. 21).

IT IS HEREBY ORDERED that an evidentiary hearing on the motion to suppress (ECF No. 17) is scheduled for 1:00 p.m., November 4, 2016, in courtroom 3D.

DATED this 24th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE