DO NOT FILE

# United States District Court
## for
## the District of Nevada

## REPORT ON OFFENDER
## UNDER SUPERVISION
## June 13, 2018

Name of Offender: **Dearrl Diggs**

Case Number:  **2:16CR00227**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **May 19, 2017**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **1 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 18, 2017**

## U. S. PROBATION OFFICER ACTION SUMMARY

On May 4, 2018, Your Honor modified Digg's conditions of supervised release to include placement in the residential re-entry center (RRC).  Probation was able to offer a bed space at the residential re-entry center on May 15, 2018.

The RRC requires employed residents to pay 25% of their gross income toward subsistence.  Thisis to offset the cost, unless such subsistence is reduced or waived by the referring authority.  It is respectfully requested that the offender's subsistence be waived.  Diggs has recently secured employment, and waiving subsistence would allow Diggs to save money while in the RRC with the intention of securing his own residence immediately upon his release from the halfway house.

Respectfully submitted,

*Jessica Racaza*

Jessica Racaza
2018.06.14
13:12:40 -07'00'

Jessica Racaza
United States Probation Officer

RE: Dearrl Diggs  DO NOT FILE

Prob12A
D/NV Form
Rev. June 2014

Approved:

_Amberleigh K. Barajas (signed for)_  Amberleigh K. Barajas
2018.06.14 07:48:26 -07'00'
_____
Robert Aquino
Supervisory United States Probation Officer

---

Please indicate your response below and return to the Probation Office:

**X**  Concur with the proposed course of action.

☐  Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_[signature]_
_____
Signature of Judicial Officer

June 20, 2018
_____
Date