RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Dearrl Diggs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEARRL DIGGS,<br><br>　　　　　　Defendant. | Case No. 2:16-CR-00227-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Dearrl Diggs, that the Revocation Hearing currently scheduled on Monday, July 30, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　This continuance is requested so the supervised release revocation hearing can be heard before Judge Navarro on August 2, 2018, as the outcome of that hearing will likely render this hearing moot.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00227-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DEARRL DIGGS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, July 30, 2018 at 1:00 p.m., be vacated and continued to Monday, August 20, 2018 at the hour of 10:00 a.m in Courtroom 3C.

DATED this 26th day of July, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE